UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEMIMA MENDEZ-LOPEZ,<br><br>  Defendant. | CASE NO.:   21-cr-2226-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from September 10, 2021 to **October 8, 2021 at 1:30 p.m.** is hereby **GRANTED**. For the reasons stated in the Parties' joint motion, the Court finds that time should be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)A), because there are pending motions and the continuance serves the ends of justice and outweigh the public and Ms. Mendez-Lopez's interests in a speedy trial.

**IT IS SO ORDERED.**

Dated:  August 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge