UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEMIMA MENDEZ-LOPEZ,<br><br>Defendant. | CASE NO.:  21-cr-2226-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO RULE 11(D)(2)(B)** |

**GOOD CAUSE APPEARING** in the parties' joint motion, **IT IS HEREBY ORDERED** that the Joint Motion to Withdraw Plea be granted in order for a change of plea hearing on a Superseding Information and corrected plea agreement to commence.

**IT IS SO ORDERED.**

Dated:  June 29, 2022

Hon. Janis L. Sammartino
United States District Judge